IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

```
-----------------------------------------------------------X
```
MARY CONNER, Individually and as the
representative of a class of similarly situated
persons,

                             Plaintiffs,      Case No. 3:22-cv-00590-FDW-DSC

              - against -

VESTIQUE, LLC,

                             Defendant.
```
-----------------------------------------------------------X
```

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Mary Conner, by and through her attorney of record, with permission and consent of defendant Vestique, LLC, and hereby dismisses the complaint filed in the above action pursuant to F.R.C.P. Rule 41(a) with prejudice.

Respectfully submitted,

Dated: December 12, 2022.

By: */s/ Sanjay R. Gohil*
Sanjay R. Gohil, Esq.
N.C. Bar # 24250
LAW OFFICES OF SANJAY R. GOHIL, PLLC
2435 Plantation Center Drive
Suite 200
Matthews, NC 28105
Telephone:  704.814.0729
Facsimile:   704.814.0730
Email: srg@gohillaw.com

*Counsel for Plaintiff Mary Connor*